# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# AT DETROIT

| | |
|---|---|
| In Re: | Case No. 18-41345 |
| John George Burchfield | |
| Elizabeth Eve Burchfield | |
| | Chapter 13 |
| Debtors. | Judge Phillip J Shefferly |

## OBJECTION TO AMENDED CHAPTER 13 PLAN

Freedom Mortgage Corporation ("Creditor"), by and through their undersigned counsel, hereby objects to the Debtors' Amended Chapter 13 Plan filed in the above referenced case. Creditor holds a secured interest in the Real Estate located at 34060 CHERRY HILL LANE, NEW BALTIMORE, MI 48047. Creditor has not yet filed a Proof of Claim but will do so listing pre-petition arrears of approximately $1,842.42. The Amended Chapter 13 Plan provides an insufficient arrearage amount of $0.00, and the plan appears underfunded.

The Amended Chapter 13 Plan does not adequately protect the Creditor's interest in said Property and should be denied confirmation.

Respectfully submitted,

 /s/ D. Anthony Sottile
D. Anthony Sottile (OH 0075101)
Jon Lieberman (P79786)
Sottile & Barile, Attorneys at Law
P.O. Box 476
Loveland, OH 45140
Phone: (513) 444.4100
bankruptcy@sottileandbarile.com

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# AT DETROIT

In Re:                                              Case No. 18-41345

    John George Burchfield
    Elizabeth Eve Burchfield

                                                               Chapter 13

                    Debtors.                         Judge Phillip J Shefferly

## PROOF OF SERVICE

      The undersigned does hereby certify that a copy of the Objection to Amended Chapter 13 Plan has been duly electronically serviced, noticed or mailed via U.S. First Class Mail, postage prepaid on March 16, 2018 to the following:

John George Burchfield
34060 Cherry Hill Ln.
New Baltimore, MI 48047

Elizabeth Eve Burchfield
34060 Cherry Hill Ln.
New Baltimore, MI 48047

Daniela Dimovski, Debtors' Counsel
Daniela Dimovski Attorney at Law P.C.
44200 Garfield Rd.
Suite 124
Clinton Township, MI 48038

David Ruskin, Chapter 13 Trustee
26555 Evergreen Rd, Ste 1100
Southfield, MI 48076-4251

                                                         Respectfully submitted,

                                                         /s/ D. Anthony Sottile
                                                       D. Anthony Sottile (OH 0075101)
                                                       Jon Lieberman (P79786)
                                                       Sottile & Barile, Attorneys at Law
                                                       P.O. Box 476
                                                       Loveland, OH 45140
                                                       Phone: (513) 444.4100
                                                       bankruptcy@sottileandbarile.com