# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
### SOUTHERN DIVISION-DETROIT

IN RE: John Burchfield
Elizabeth Burchfield

CHAPTER 13
CASE NO. 18-41345
JUDGE SHEFFERLY

Debtor(s).
_____/

## Debtor's Chapter 13 Confirmation Hearing Certificate

At the next confirmation hearing in this case, the debtor intends to: [Check ONE of the following]

1. ___ Request confirmation of the debtor's plan, because all timely objections of creditors and the trustee have been resolved. I have emailed to the trustee a proposed order confirming the plan, as required in paragraph 2 of the Chapter 13 Case Management Order.

2. __x Request confirmation of the debtor's plan, even though all timely objections have not been resolved. I have emailed to the trustee a proposed order confirming the plan, as required in paragraph 2 of the Chapter 13 Case Management Order. The parties are at an impasse in attempting to resolve these objections despite all reasonable efforts. The following are: (a) the parties whose timely objections have not been resolved; (b) their unresolved objections; and (c) the legal and factual issues that must be resolved by the Court in connection with confirmation:

   Trustee Objections: Extra disposable income, direct pay to credit union
   Issues: Debtor asserts this is a 100% plan to unsecured creditors. As such, no further income is required. The Credit union has signed the order confirming plan.

   Creditor # 1: Financial Plus CU
   Objections:
   Issues: None creditor has signed order confirming plan

   Creditor # 2: Freedom Mortgage
   Objections: Debtor is not current on mortgage. Debtor disputes as Debtor was current at filing.
   Issues: Whether Debtor was current on his mortgage at time of filing?

3. ___ Request an adjournment of the confirmation hearing to January 28, 2016, due to the following good cause: To see how many claims come in and to determine how to resolve trustee objections.

4. ___ Dismiss the case. [The Court will construe this as a motion by the debtor to dismiss the case under Fed.R.Bankr.P. 1017(f)(2), and the Court will enter an order of dismissal and the case will be removed from the docket, unless the case was previously converted from Chapter 7, 11, or 12 to Chapter 13. In that event, a separate motion to dismiss must be filed within 10 days.]

5. ___ Convert the case to chapter 7. [The debtor must promptly file a separate notice of conversion under Fed.R.Bankr.P. 1017(f)(3), and pay the filing fee for such notice. Such notice of conversion will cause the case to be converted without the entry of an order of conversion.]

DANIELA DIMOVSKI ATTORNEY AT LAW, P.C.
/s/ Daniela Dimovski
DANIELA DIMOVSKI (P60278)
Attorney for Debtor(s)
44200 Garfield Rd. Suite 124
Clinton Township, MI 48038
586-738-6329

Dated: 4-2-18    danieladimovski@gmail.com