# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# AT DETROIT

| | |
|---|---|
| IN RE: | CASE NO. 18-41345 |
| John George Burchfield<br>Elizabeth Eve Burchfield | CHAPTER 13 |
| Debtors. | JUDGE Phillip J. Shefferly |

## WITHDRAWAL OF OBJECTION TO AMENDED CHAPTER 13 PLAN (Doc. 25)

Freedom Mortgage Corporation ('Creditor'), by and through their undersigned counsel, hereby withdraws their Objection to Amended Chapter 13 Plan filed on March 16, 2018 (Doc. 25).

                                                                                          Respectfully submitted,

                                                                                          /s/ D. Anthony Sottile  
                                                                                         D. Anthony Sottile (27696-49)  
                                                                                         Jon Lieberman (OH 0058394)  
                                                                                         Sottile & Barile, Attorneys at Law  
                                                                                         P.O. Box 476  
                                                                                         Loveland, OH 45140  
                                                                                         Phone:  513.444.4100  
                                                                                         bankruptcy@sottileandbarile.com

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MICHIGAN
# AT DETROIT

IN RE:                                           CASE NO. 18-41345

John George Burchfield
Elizabeth Eve Burchfield                         CHAPTER 13

Debtors.                                         JUDGE Phillip J. Shefferly

---

## PROOF OF SERVICE

Creditor, Freedom Mortgage Corporation filed a Withdrawal of Objection to Amended Chapter 13 Plan. Copies of the Withdrawal was served upon the Debtors, Debtors' Counsel and the Chapter 13 Trustee by U.S. Mail or by electronic filing on April 6, 2018 at the addresses listed below:

John George Burchfield
34060 Cherry Hill Ln.
New Baltimore, MI 48047

Elizabeth Eve Burchfield
34060 Cherry Hill Ln.
New Baltimore, MI 48047

Daniela Dimovski, Debtors' Counsel
Daniela Dimovski Attorney at Law P.C.
44200 Garfield Rd.
Suite 124
Clinton Township, MI 48038

David Ruskin, Chapter 13 Trustee
26555 Evergreen Rd, Ste 1100
Southfield, MI 48076-4251

US Trustee
211 West Fort Street, Suite 700
Detroit, MI 48226

Dated: 4/6/2018                                  Respectfully Submitted,

                                             /s/ D Anthony Sottile_____
                                             D. Anthony Sottile (OH 0075101)
                                             Jon Lieberman (P79786)