UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re
John Burchfield
Elizabeth Burchfield

Case No.: 18-41345
Chapter 13
Judge: McIvor

Debtor(s)
_____/

## STIPULATION FOR ENTRY OF ORDER ADJOURNING HEARING REGARDING CONFIRMATION

The undersigned parties, constituting the Moving Party, the Standing Chapter 13 Trustee, and all other parties having objected to the requested relief, stipulate to entry of an Order adjourning the hearing to consider the following matter(s):

| (only those boxes checked apply): | | |
|---|---|---|
| ☐ Motion to Dismiss Case | X Confirmation of Plan | ☐ Plan Modification |
| ☐ Motion for Relief From Stay as to creditor_____ | | ☐ Motion for Loan Modification |
| ☐ Objection to Proof of Claim of creditor _____ | | ☐ Other _____ |

is adjourned *from* April 10, 2018 at 9:00 a.m. *to* May 8, 2018 at 9:00 a.m.

The parties stipulate to entry of an Order Adjourning Hearing the form attached to this Stipulation. The party submitting this Stipulation to the Court is authorized to include on the form of this Stipulation that is submitted to the Court the electronic "signature" ("/S/") for each party affixing an original signature consistent with this Court's ECF Guidelines.

OFFICE OF DAVID WM. RUSKIN,
STANDING CHAPTER 13 TRUSTEE

By: __Tom Decarlo__
LISA K. MULLEN (P55478)
THOMAS D. DECARLO (P65330)
Attorneys for Chapter 13 Trustee, David Wm. Ruskin
1100 Travelers Tower
26555 Evergreen Road
Southfield, MI 48076-4251
Telephone: (248) 352-7755

__/s/Daniela Dimovski__
By: Daniela Dimovski (P60278)
44200 Garfield Rd Ste 124
Clinton Twp., MI 48038
586-738-6329
danieladimovski@gmail.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re
John Burchfield
Elizabeth Burchfield

Case No.: 18-41345
Chapter 13
Judge: McIvor

Debtor(s)
_____/

## ORDER ADJOURNING HEARING REGARDING CONFIMRATION

This cause came before the Court on the stipulation of the parties for entry of an Order Adjourning Hearing, and this Court, having reviewed the stipulation and being otherwise fully advised in the premises, and having concluded that cause exists for the entry of this Order, it is hereby ORDERED:

(only those boxes checked apply):
- ☐ Motion to Dismiss Case
- X Confirmation of Plan
- ☐ Plan Modification
- ☐ Motion for Relief From Stay as to creditor _____
- ☐ Motion for Loan Modification
- ☐ Objection to Proof of Claim of creditor _____
- ☐ Other _____

is adjourned *from* April 10, 2018 at 9:00 a.m. *to* May 8, 2018 at 9a.m.

It is further ORDERED (only those boxes checked apply):
- ☐ Debtor shall be 100% current in plan payments, pursuant to the trustee's records, on or before _____.
- ☐ Debtor shall file and serve _____ on or before _____.
- ☐ Debtor shall provide _____ to the trustee on or before _____.
- ☐ Other _____.
- ☐ If any of the foregoing is not completed by the date specified, the case may be dismissed without further notice or hearing upon the filing of an Affidavit of Default by the Trustee.
- ☐ If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as _____ may be lifted without further notice or hearing upon the filing of an Affidavit of Default by Creditor, _____
- ☐ If any of the foregoing is not completed by the date specified, the Court may enter an Order Denying the requested relief without further notice or hearing upon the filing of an Affidavit of Default by _____.
- ☐ If any of the foregoing is not completed by the date specified, the Court may enter an Order Granting the requested relief without further notice or hearing upon the filing of an Affidavit of Default by _____.