UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In re
**John Burchfield**     **Case No.:** 18-41345
**Elizabeth Burchfield**     **Chapter 13**
                              **Judge: SHEFFERLY**

**Debtor(s)**
_____/

## STIPULATION FOR ENTRY OF ORDER ADJOURNING
## HEARING REGARDING_CONFIRMATION_

The undersigned parties, constituting the Moving Party, the Standing Chapter 13 Trustee, and all other parties having objected to the requested relief, stipulate to entry of an Order adjourning the hearing to consider the following matter(s):

| (only those boxes checked apply): | | |
|---|---|---|
| ☐ Motion to Dismiss Case | **X** Confirmation of Plan | ☐ Plan Modification |
| ☐ Motion for Relief From Stay as to creditor_____ | | ☐ Motion for Loan Modification |
| ☐ Objection to Proof of Claim of creditor _____ | | ☐ Other _____ |

is adjourned *from* May 8, 2018 at 9:00 a.m. *to* May 22, 2018 at 9:00 a.m.

The parties stipulate to entry of an Order Adjourning Hearing the form attached to this Stipulation. The party submitting this Stipulation to the Court is authorized to include on the form of this Stipulation that is submitted to the Court the electronic "signature" ("/S/") for each party affixing an original signature consistent with this Court's ECF Guidelines.

OFFICE OF DAVID WM. RUSKIN,
STANDING CHAPTER 13 TRUSTEE

By: /s/_Lisa Mullen_____     ____/s/Daniela Dimovski_____
LISA K. MULLEN (P55478)                         By: Daniela Dimovski (P60278)
THOMAS D. DECARLO (P65330)                      44200 Garfield Rd Ste 124
Attorneys for Chapter 13 Trustee, David Wm. Ruskin   Clinton Twp., MI  48038
1100 Travelers Tower                            586-738-6329
26555 Evergreen Road                            danieladimovski@gmail.com
Southfield, MI 48076-4251
Telephone: (248) 352-7755

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN

**In re**
**John Burchfield**                               **Case No.:** 18-41345
**Elizabeth Burchfield**                          **Chapter 13**
                                                  **Judge: SHEFFERLY**

**Debtor(s)**
_____/

### ORDER ADJOURNING HEARING REGARDING CONFIMRATION

This cause came before the Court on the stipulation of the parties for entry of an Order Adjourning Hearing, and this Court, having reviewed the stipulation and being otherwise fully advised in the premises, and having concluded that cause exists for the entry of this Order, it is hereby ORDERED:

(only those boxes checked apply):
☐ Motion to Dismiss Case         X Confirmation of Plan         ☐ Plan Modification
☐ Motion for Relief From Stay as to creditor_____         ☐ Motion for Loan Modification
☐ Objection to Proof of Claim of creditor _____         ☐ Other _____

is adjourned *from* May 8, 2018 at 9:00 a.m. *to* May 22, 2018 at 9 a.m.

It is further ORDERED (only those boxes checked apply):
☐ Debtor shall be 100% current in plan payments, pursuant to the trustee's records, on or before _____.
☐ Debtor shall file and serve _____ on or before_____.
☐ Debtor shall provide _____ to the trustee on or before_____.
☐ Other _____.
☐ If any of the foregoing is not completed by the date specified, the case may be dismissed without further notice or hearing upon the filing of an Affidavit of Default by the Trustee.
☐ If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as _____ may be lifted without further notice or hearing upon the filing of an Affidavit of Default by Creditor, _____
☐ If any of the foregoing is not completed by the date specified, the Court may enter an Order Denying the requested relief without further notice or hearing upon the filing of an Affidavit of Default by _____.
☐ If any of the foregoing is not completed by the date specified, the Court may enter an Order Granting the requested relief without further notice or hearing upon the filing of an Affidavit of Default by _____.