UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-DETROIT

IN RE: John Burchfield
       Elizabeth Burchfield

                                                 CHAPTER 13
                                                 CASE NO. 18-41345
                                                 JUDGE SHEFFELRY

                             Debtor(s).
_____/

## **ORDER CONFIRMING PLAN**

      The Debtor(s)' Chapter 13 plan was duly served on all parties in interest. A hearing on confirmation of the plan was held after due notice to parties in interest. Objections, if any, have been resolved. The Court hereby finds that each of the requirements for confirmation of a Chapter 13 plan pursuant to 11 USC §1325(a) are met.

      Therefore, IT IS HEREBY ORDERED that the Debtor(s)' Chapter 13 plan, as last amended, if at all, is confirmed.

      IT IS FURTHER ORDERED that the claim of **Daniela Dimovski, Attorney at Law, P.C**., Attorney for the Debtor(s), for the allowance of compensation and reimbursement of expenses is allowed in the total amount of $**3500.00,** in fees and $**0.00** in expenses, and that the portion of such claim which has not already been paid, to-wit: $ **2500.00** shall be paid by the Trustee as an administrative expense of this case.

      IT IS FURTHER ORDERED that the Debtor(s) shall maintain all policies of insurance on all property of the Debtor(s) and this estate as required by law and contract.

      All filed claims to which an objection has not been filed are deemed allowed pursuant to 11 USC §502(a), and the Trustee is therefore ORDERED to make distributions on these claims pursuant to the terms of the Chapter 13 plan, as well as all fees due the Clerk pursuant to statute.

      IT IS FURTHER ORDERED as follows: [*Only provisions checked below apply*]

- ✓ Debtors shall pay Financial Plus Credit union direct and pursuant to the terms of their contract on the 2014 Cadillac ATS, the 2004 Four Winns 288boat, the 2014 Ford F150 and the 2015 Avenger as all these obligations

are current as of today, May 18, 2018. As such, The Trustee shall not pay any arrears as stated on the proof of claims filed with the Court.

**Objections Withdrawn**

Approved:

| | |
|---|---|
| /s/ Thomas D. DeCarlo attorney for<br>Chapter 13 Standing Trustee<br>David Wm Ruskin<br>1100 Travelers Tower<br>26555 Evergreen Rd.<br>Southfield, MI 48076<br>248-352-7755 | /s/ Daniela Dimovski<br>Daniela Dimovski (P60278)<br>Attorney for Debtor(s)<br>44200 Garfield Rd. Suite 124<br>Clinton Township, MI 48038<br>586-738-6329 |

/s/ Sarah Vorgitch
Sarah Vorgitch P69878
Attorney for Financial Plus CU
24525 Harper Ave
Saint Clair Shores, MI 48080-1286

**Signed on May 25, 2018**



/s/ Phillip J. Shefferly
Phillip J. Shefferly
United States Bankruptcy Judge